# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:16-cv-00757-FDW

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **ORDER** |
| **KATRINA BURTON** | ) | |
| | ) | |

THIS MATTER is before the Court *sua sponte* after being informed by the United States Marshal's Service that they could not serve the Court's previous order (Doc. No. 6) as directed because the address provided by Katrina Burton is a Post Office Box. Ms. Burton indicated in open Court that she had not complied with multiple prior Orders of the Bankruptcy Court and this Court because she had not received them. Accordingly, the Court finds it necessary to ensure personal service of all prior orders as identified in the Court's Order of December 14, 2016.

IT IS THEREFORE ORDERED that the Court supplements its previous order (Doc. No. 6) with specific instructions for the United States Marshal Service to use best efforts to serve Katrina Burton at her place of business, 101 N. Tryon Street, Charlotte, North Carolina 28202, or at any other place of business or place of residence as identified by the United States Marshal Service being used by Katrina Burton.

IT IS SO ORDERED.

Signed: December 21, 2016

Frank D. Whitney
Chief United States District Judge

1