UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00757-FDW

| IN RE: | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| **KATRINA BURTON** | ) | |
| | ) | |

THIS MATTER is before the Court on Katrina Burton's "Motion to Set Aside/Alter/Amend Order," (Doc. No. 8). Ms. Burton filed this motion in response to the Court's previous Order directing the United States Marshal to use best efforts to serve that order at her place of business or any other place of business or place of residence as identified by the United States Marshal Service. (Doc. No. 7). In her instant motion, Ms. Burton requests the Court to "amend its Order to have any and all documents served personally" at 8303-107 Anne Hyde Lane, Charlotte, North Carolina, 28262, and "in the event personal service is not warranted, that any and all documents be mailed to the address of 8611 Concord Mills Boulevard, #136, Concord, North Carolina 28027." (Doc. No. 8, p. 2). The Court DENIES Ms. Burton's motion to amend the Court's previous Order, but will GRANT that portion of the motion pertaining to service of other documents in this case. <u>Unless Ms. Burton again evades service of the Court's orders or other pleadings in this matter</u>, the Court will use her address of record as indicated on the docket sheet, which is currently the same Concord address identified in the instant motion.

IT IS SO ORDERED that Plaintiff's Motion (Doc. No. 8) is DENIED IN PART and GRANT IN PART as explained herein.

IT IS SO ORDERED.

Signed: January 31, 2017

Frank D. Whitney
Chief United States District Judge

1