UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00758-FDW

| | |
|---|---|
| A. BURTON SHUFORD | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| KATRINA BURTON | ) |

THIS MATTER is before the Court *sua sponte* as to the status of this case. This matter is before the Court upon the recommendation from the United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division, that this Court withdraw the reference of the contempt proceedings in the matter of In Re Bodrick, 14-31516, to consider whether to institute criminal contempt proceedings against Katrina Burton. (Doc. No. 1). The order issued by the Bankruptcy Court was double-captioned and also issued in the matter of In Re Wright, 14-31542. Because the Bankruptcy Court filed one order for two related cases, this Court has simultaneously handled these two matters in the first-filed case in District Court: In Re: Katrina Burton, 3:16-cv-757. (See generally, Doc. No. 6, 3:16-cv-757). For purposes of efficiency, the Court, in effect, administratively consolidated the above-captioned case with the first filed case, 3:16-cv-757.

IT IS THEREFORE ORDERED that this matter has been consolidated with In Re: Katrina Burton, 3:16-cv-757. The Clerk is DIRECTED to CLOSE THIS CASE. The Clerk is also respectfully DIRECTED to serve a copy of this Order on Katrina Burton at her address of record in 3:16-cv-757.

IT IS SO ORDERED,

Signed: January 31, 2017

Frank D. Whitney
Chief United States District Judge